UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KERRY L. STILLE,

    Plaintiff,

v.

Case No. 5:21-CV-00444-TES-CHW

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

Pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded.

On remand, the Appeals Council will instruct the ALJ to offer Plaintiff an opportunity for a hearing, take any additional action necessary to complete the administrative record, and issue a new decision.

**IT IS SO ORDERED**, this 18 day of May, 2022.

TILMAN E. SELF, III
United States District Judge